IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER ANTHONY MORRESI, | |
| Plaintiff, | 8:21CV357 |
| vs. | |
| DOUGLAS COUNTY CORRECTIONAL CENTER, | MEMORANDUM AND ORDER |
| Defendant. | |

On January 20, 2022, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 18.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 18 at CM/ECF p. 5.) To date, Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED:

1.  This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2.  Judgment shall be entered by separate document.

DATED this 3rd day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge